2010-48655
FILED
October 29, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003037020

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

IN RE:  )
**Martin, Sharon Ann**  )
  )
  )
  ) Bankruptcy Case No.
  )
  )
  )
_____ Debtors.  )

### VERIFICATION OF MASTER ADDRESS LIST

I (we) declare under penalty of perjury that the Master Address List submitted for filing in this case (<u>please check and complete one</u>):

☐ on computer diskette as "pure text" (not delimited) in a file named CREDITOR.SCN, listing a total of _____ creditors, **[<u>required</u> with conventionally filed petitions prepared by an attorney or bankruptcy petition preparer]**

### *OR*

☐ typed in scannable format on paper, consisting of ____ pages and listing a total of _____ creditors, **[only acceptable with conventionally filed petitions <u>not</u> prepared by an attorney or bankruptcy petition preparer]**

### *OR*

☑ electronically as "pure text" (not delimited) in a file with a .txt extension, listing a total of _____ **23** creditors, **[<u>required</u> with electronically filed petitions]**

is a true, correct, and complete listing to the best of my (our) knowledge and belief.

I (we) acknowledge that the accuracy and completeness of the Master Address List is the shared responsibility of the debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any.

I (we) further acknowledge that the Court will rely on the Master Address List for all mailings, and that the various schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure will not be used for mailing purposes.

DATED: **October 29, 2010**_____

_/s/ Sharon Ann Martin_____         _____
Debtor's Signature                                                          Joint Debtor's (if any) Signature

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

EDC 2-100 (Rev. 9/2004)

Accounts Receivable Management, Inc.
P.O. Box 129
Thorofare, NJ  08086

Alliance One Receivables Management, Inc
4850 Street Road, Suite 300
Trevose, PA  19053

Allied Interstate
3000 Corporate Exchange Dr. 5th Floor
Columbus, OH  43231

Apex Financial Management, LLC
1120 W Lake Cook Road, Suite A
Buffalo Grove, IL  60089-1970

Cap One
Po Box 85520
Richmond, VA  23285

Chase
Card Member Service
P.O. Box 94014
Palatine, IL  60094

Citi
Po Box 6497
Sioux Falls, SD  57117

Consolidated Utilities Billing Service
9700 Goethe Road, Suite C
Sacramento, CA  95827

County Of Sacramento
Code Enforcement Division
P.O. Box 1587
Sacramento, CA  95812

Div Rev Rcvy (original Creditor:sac
10669 Coloma Rd
Rancho Cordova, CA  95670

Eaf Llc (original Creditor:08 Chase
1120 West  Lake Co Suite B
Buffalo Grove, IL  60089

Financial Freedom Senior Funding Corp.
A Subsidiary Of IndyMac Bank, F.S.B.
500 North Ridge Road, Ste. 500
Atlanta, GA  30350

Global
300 International Drive PMB#10015
Williamsville, NY  14221

Health Net
P.O. Box 10198
Van Nuys, CA   91410-0198

Household Bank
HSBC Card Services
P.O. Box 81622
Salinas, CA   93912-1622

I.C. System, Inc.
444 Highway 96 East, P.O. Box 64887
St. Paul, MN   55164-0887

Mark D. Walsh
Legal Recovery Law Offices, Inc.
5030 Camino De La Siesta, Ste. 340
San Diego, CA   92108

MRS Associates Inc.
1930 Olney Avenue
Cherry Hill, NJ   08003

NCO Financial Systems, Inc
507 Prudential Road
Horsham, PA   19044

Neighbors Financial Corporation
1314 H Street, Suite 100
Sacramento, CA   95814

Nelson, Watson & Associates, LLC
80 Merrimack Street, Lower Level
Haverhill, MA   01830

Phillips & Cohen Associates, Ltd
1002 Justine Street
Wilmington, DE   19801

United Recovery Systems, LP
P.O. Box 722910
Houston, TX   77272-2910