FILED
November 12, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003071342

Certificate Number: 12433-CAE-DE-012966621

Bankruptcy Case Number: 10-48655

12433-CAE-DE-012966621

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 10, 2010</u>, at <u>1:46</u> o'clock <u>PM PST</u>, <u>Sharon A. Martin</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of California</u>.

Date:   November 10, 2010          By:   /s/Claire Belford

                                   Name: Claire Belford

                                   Title: Counselor