

UNITED STATES BANKRUPTCY COURT
Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3−200
Sacramento, CA 95814

(916) 930−4400
www.caeb.uscourts.gov
M−F 9:00 AM − 4:00 PM

**FILED**

**12/9/10**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

auto

# NOTICE OF FILING REPORT OF NO DISTRIBUTION, COMBINED WITH ORDER FIXING DEADLINE TO OBJECT THERETO

| Case Number: | 10−48655 − C − 7 | Last Day to File an Objection: | 01/08/2011 |
|---|---|---|---|

**Debtor Name(s) and Address(es):**

Sharon Ann Martin
429 Silver Park Avenue
Rio Linda, CA 95673

**Trustee:**   J. Michael Hopper
PO Box 73826
Davis, CA 95617

**Telephone Number:**   530−757−2033

**Office of the United States Trustee:**

For cases in the Sacramento Division and Modesto Division:   501 I Street, Room 7−500, Sacramento, CA 95814
For cases in the Fresno Division:   2500 Tulare Street, Suite 1401, Fresno, CA 93721

**NOTICE IS HEREBY GIVEN THAT:**   The trustee in the above case has filed a "Report of No Distribution," stating there are no funds available from the estate for distribution to creditors. The report contains the trustee's certification that the estate has been fully administered.

**IT IS ORDERED AND YOU ARE FURTHER NOTIFIED THAT:**   Unless an objection is filed by the United States Trustee or a party in interest on or before the date shown above, the Court will presume the estate fully administered and proceed to close the case. Any objection shall state with particularity the grounds therefor (see **NOTE** below), and shall be accompanied by a notice of hearing with the date and time filled in. Self set calendar procedures and available hearing dates are posted under *Court Calendars* on the Court's web site (www.caeb.uscourts.gov).

The objection, notice of hearing, and any supporting documents shall be served on the trustee, and unless filed by the United States Trustee, transmitted to the Office of the United States Trustee by the objecting party on or before the date of filing with the Clerk. Proof of Service and transmittal of the objection, notice of hearing, and any supporting documents shall be filed concurrently with such pleadings, or within (3) court days.

If no objections are filed, no hearing will be calendared, and after the resolution of any pending matter and the entry of an order granting or denying the debtor's(s') discharge, the Court will, without further notice, enter an order discharging the trustee and closing the case.

Dated:
12/9/10

For the Court,
Wayne Blackwelder , Clerk

**NOTE:** Examples of matters which are appropriate grounds for hearings on objections to the trustee's report include, but are not limited to, failure by the trustee to collect and reduce to money the property of the estate; failure of the trustee to account for all property received; and failure by the trustee to investigate the financial affairs of the debtor. Examples of matters which are **not** appropriate for hearings on objections to the trustee's report include general objections to the debtor's discharge; objections to the dischargeability of specific debts; failure to be paid on a debt owed (except in an asset case where the trustee made a distribution in accordance with 11 U.S.C. Section 726, but improperly failed to include the objecting party in such distribution); and return of property.

# CERTIFICATE OF NOTICE

```
District/off: 0972-2          User: admin              Page 1 of 1              Date Rcvd: Dec 09, 2010
Case: 10-48655                Form ID: L30             Total Noticed: 27


The following entities were noticed by first class mail on Dec 11, 2010.
db           +Sharon Ann Martin,    429 Silver Park Avenue,    Rio Linda, CA 95673-2242
aty          +Chinonye Ugorji,    1325 Howe Ave #111,    Sacramento, CA 95825-3364
tr           +J. Michael Hopper,    PO Box 73826,    Davis, CA 95617-3826
18095193     +Accounts Receivable Management Inc,    P O Box 129,    Thorofare NJ 08086-0129
18095195     +Allied Interstate,    3000 Corporate Exchange Dr 5th Floor,    Columbus OH 43231-7723
18095196      Apex Financial Management LLC,    1120 W Lake Cook Road Suite A,    Buffalo Grove IL 60089-1970
18095197     +Cap One,    Po Box 85520,    Richmond VA 23285-5520
18095198     +Chase,    Card Member Service,    P O Box 94014,    Palatine IL 60094-4014
18095199     +Citi,    Po Box 6497,    Sioux Falls SD 57117-6497
18095200     +Consolidated Utilities Billing Service,    9700 Goethe Road Suite C,    Sacramento CA 95827-3558
18095201     +County Of Sacramento,    Code Enforcement Division,    P O Box 1587,    Sacramento CA 95812-1587
18095202     +Div Rev Rcvy original Creditor sac,    10669 Coloma Rd,    Rancho Cordova CA 95670-4001
18095203     +Eaf Llc original Creditor 08 Chase,    1120 West Lake Co Suite B,    Buffalo Grove IL 60089-1970
18095204     +Financial Freedom Senior Funding Corp,    A Subsidiary Of IndyMac Bank F S B,
               500 North Ridge Road Ste 500,    Atlanta GA 30350-3322
18095205     +Global,    300 International Drive PMB 10015,    Williamsville NY 14221-5781
18095206      Health Net,    P O Box 10198,    Van Nuys CA 91410-0198
18095207      Household Bank,    HSBC Card Services,    P O Box 81622,    Salinas CA 93912-1622
18095208      I C System Inc,    444 Highway 96 East P O Box 64887,    St Paul MN 55164-0887
18095210     +MRS Associates Inc,    1930 Olney Avenue,    Cherry Hill NJ 08003-2016
18095209     +Mark D Walsh,    Legal Recovery Law Offices Inc,    5030 Camino De La Siesta Ste 340,
               San Diego CA 92108-3118
18095211     +NCO Financial Systems Inc,    507 Prudential Road,    Horsham PA 19044-2368
18095212     +Neighbors Financial Corporation,    1314 H Street Suite 100,    Sacramento CA 95814-1930
18095213     +Nelson Watson Associates LLC,    80 Merrimack Street Lower Level,    Haverhill MA 01830-5211
18095214     +Phillips Cohen Associates Ltd,    1002 Justine Street,    Wilmington DE 19801-5148

The following entities were noticed by electronic transmission on Dec 10, 2010.
cr            E-mail/PDF: rmscedi@recoverycorp.com Dec 10 2010 03:03:47     Capital Recovery IV LLC,
               c/o Recovery Management Systems Corp.,    Attn: Ramesh Singh,    25 SE 2nd Ave #1120,
               Miami, FL  33131-1605
18095194     +E-mail/Text: roy.buchholz@allianceoneinc.com
               Alliance One Receivables Management Inc,    4850 Street Road Suite 300,    Trevose PA 19053-6643
18095215      E-mail/Text: bnc@ursi.com                            United Recovery Systems LP,    P O Box 722910,
               Houston TX 77272-2910
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 11, 2010**                              **Signature:**          *Joseph Speetjens*